MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
7-7-2010
JUL - 7 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**

Mesue Jackson

v.

John Marshall Law School, The

**Defendant(s)**

Case No. 10CV1992

Joan B. Gouschall

## Motion for Extension of Time

Plaintiff Mesue Jackson, pro se, hereby requests more time to respond to Defendant's Motion to Dismiss. In support thereof, she states:

(1) Plaintiff is required to file a response to Defendant's motion to Dismiss by July 28, 2010.

(2) Defendant's motion is complex and cites many cases which plaintiff is trying to compile and review.

(3) Plaintiff is also working with the Pro Se Assistance Program to help with her responses.

(4) Because of the complexity of the issues and because of Plaintiff's pro se status, plaintiff needs more time to research and draft her response.

Wherefore, plaintiff respectfully requests until July 21, 2010 to file her response.

168 Heritage Ln.
Streamwood, IL 60107
847-893-6565

_Mesue Jackson_
Mesue Jackson