IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MESUE JACKSON,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN MARSHALL LAW SCHOOL,<br><br>   Defendant. | No. 10 CV 1992<br><br>Judge Joan B. Gottschall |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant, John Marshall Law School (the "Law School" or "Defendant"), by its attorneys, moves for an extension of time, to and including August 27, 2010, to file its Reply in Support of Motion Dismiss. In support, Defendant states as follows:

1. On July 19, 2010, the Court set August 18, 2010 as the deadline for Defendant's Reply in Support of Motion to Dismiss.

2. Because of the birth of a child on July 28, 2010, the undersigned counsel needs additional time to reply to Plaintiff's Response to Motion to Dismiss.

3. The undersigned counsel requests an additional nine (9) days, to and including August 27, 2010, to reply to Plaintiff's Response to Motion to Dismiss.

4. This motion is not brought for purpose of delay or harassment.

5. No party will suffer any prejudice if this motion is granted.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting an extension of time, to and including August 27, 2010, to file its Reply in Support of Motion to Dismiss.

                    Respectfully submitted,

                    By: s/ Christopher L. Nybo
                          One of Its Attorneys

Bruce R. Alper, Bar No. 03122801
Christopher L. Nybo, Bar No. 06278147
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500

**CERTIFICATE OF SERVICE**

The undersigned certifies that he caused copies of the foregoing DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS to be served upon:

Mesue Jackson
168 Heritage Ln.
Streamwood, IL 60107

via U.S. Mail on August 18, 2010.

s/ Christopher L. Nybo

Christopher L. Nybo